1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8
9
10
11
12

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

ENRIQUE  ALCARAZ,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

10-CR-074-FVS

Order Of Dismissal of Count
Three of the Indictment
Without Prejudice

13
14
15
16

   Upon motion of the United States, it is hereby ORDERED that Count Three of
the Indictment be dismissed without  prejudice.  The court makes no judgment as to
merit or wisdom of this dismissal.

17
18
19
20

   DATED this _____ 18th ___ day of July, 2010. August, 2010.

         s/ Fred Van Sickle

        Fred Van Sickle
        United States District Judge

21
22
23
24
25
26
27
28

Order Of Dismissal of Count Three of the Indictment Without Prejudice - 1
P00728DD.AAB.wpd